# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TOWER HILL SIGNATURE INSURANCE COMPANY,**
Appellant,

v.

**PETER RAFTOPOULOS,**
Appellee.

No. 4D2022-2713

[February 29, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Mark Alan Speiser, Judge; L.T. Case No. CACE18-001857.

C. Ryan Jones and Scot E. Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellant.

David B. Pakula of David B. Pakula, P.A., Pembroke Pines, and David A. Neblett, and James M. Mahaffey, III of Perry & Neblett, P.A., Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***